# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee



**FILED**

**DEC 18 2020**

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*

**The bedroom with locked closet located at 210 Little Johnson
Valley Road, Kingston, Tennessee, as more fully described in
Attachment A and the Affidavit to this Application for a
Search Warrant**

)
)
)
)
)
)
)

Case No.  **3:20-MJ-1196**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under
penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the
property to be searched and give its location)*:

**The bedroom with locked closet located at 210 Little Johnson Valley Road, Kingston, Tennessee [A photograph,
property description, and driving directions are attached hereto as Attachment A and fully incorporated herein.]**

located in the _____**Eastern**_____ District of _____**Tennessee**_____ , there is now concealed *(identify the
person or describe the property to be seized)*:

**Please see Attachment B which is attached hereto and fully incorporated herein.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21: 846, 841(a)(1), and 841(b)(1)(A) | Conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers. |

The application is based on these facts:

**Please see affidavit of FBI Task Force Officer Kris Mynatt which is attached hereto and incorporated herein.**

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth in the attached affidavit.

_____
*Applicant's signature*

**Kris Mynatt, FBI Task Force Officer**
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **12/16/2020**

_____
*Judge's signature*

City and state:  **Knoxville, Tennessee**

**Hon. Debra C. Poplin, United States Magistrate Judge**
*Printed name and title*

## ATTACHMENT A
## Property to Be Searched

This warrant applies to the bedroom with locked closet located in a single-family mobile home residence at 210 Little Johnson Valley Road, Kingston, Tennessee, described below.

Description for 210 Little Johnson Valley Road, Kingston, Tennessee: Per the State of Tennessee Comptroller of the Treasury's Property Assessment Data Website, the property at 210 Little Johnson Valley Road, Kingston, Tennessee, is owned by Leroy S. and Tammara C. Hicks as part of three parcels actually listed with address 212 Little Johnson Valley Road. The 210 Little Johnson Valley Road premises is a single-family, mobile home residence with a gravel driveway. The residence sits at the end of a long driveway off Little Johnson Valley Road. There is a mailbox near the driveway with the numbers "210" attached. There is a passenger van, which appears inoperable, parked to the right of the driveway approximately halfway between the trailer residence and the beginning of the driveway from Little Johnson Valley Road. The residence is white with an attached wooden porch on the front and sits on the left side of the driveway.

Directions to 210 Little Johnson Valley Road, Kingston, Tennessee; Beginning at the Roane County Court House, located at 200 E Race Street, Kingston, Tennessee, head southeast on US-70 W/Broadway of America/E Race Street. Continue to follow US-70 W for approximately 3.3 miles to the intersection with Little Johnson Valley Road on the left. Turn left onto Little Johnson Valley Road and travel approximately 0.5 miles to the driveway of 210 Little Johnson Valley Road on the right. Turn right onto the gravel driveway and continue to the mobile home residence located on the left side of the driveway.





## ATTACHMENT B

### Description of Items to be Searched for and Seized:

Controlled substances, including methamphetamine; paraphernalia for packaging, cutting, diluting, weighing, and distributing methamphetamine or other controlled substances (including, but not limited to, scales, baggies, packaging materials, and powder cutting agents); telephone records indicating telephone communications with coconspirators, drug customers and drug suppliers; express or overnight mail receipts; U.S. Currency; bookkeeping records (to include, receipts, schedules, tickets, notes, ledgers, and other documents relating to the transportation, ordering, purchasing, and distribution of methamphetamine); address books; electronic and/or digital records relating to drug trafficking stored or maintained on electronic devices (including computers, iPads and other notepad devices, and smartphones) and/or electronic/digital media (including computer discs and thumb drives); cellular telephones (including the electronic and/or digital content stored therein) and pagers (beepers) utilized to facilitate the drug trafficking; financial records (including bank statements and records, money drafts, letters of credit, money orders and cashier's checks, passbooks, bank checks, wire transfer receipts and records, stocks, bonds, vehicle titles, and keys to safe deposit boxes) which evidence the obtaining, transferring, and concealment of the proceeds and assets associated with drug trafficking; photographs of drug customers and suppliers and other coconspirators; photographs of assets acquired from the sale of controlled substances; firearms and ammunition which are used to protect drugs and proceeds from the sale of drugs; and mail, bills, and other documents which indicate dominion, ownership or control of the residence and vehicles.